IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FARRELL THOMAS                                                                    PLAINTIFF

v.                          No. 3:16-cv-00146-DPM

TRUMANN POLICE DEPARTMENT;
FLENEY, Officer, Trumann Police Department                    DEFENDANTS

ORDER

Thomas's motion to proceed *in forma pauperis*, № 1, is missing two pages. He must file a complete new application by 28 June 2016, or the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2). The Clerk must send Thomas a blank application with this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 June 2016