IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FARRELL THOMAS                                                                                    PLAINTIFF

v.                                  No. 3:16-cv-146-DPM

TRUMANN POLICE DEPARTMENT and
FLENEY, Officer, Trumann Police Department                                   DEFENDANTS

ORDER

1. Motion, № 8, denied without prejudice. This case is stayed. Nothing can happen in this case until Thomas's state criminal case is resolved.

2. The Court directs the Clerk to send a copy of this Order and the Order staying this case, № 5, to Thomas at his new address.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 July 2016